O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV09-07079-AHM (FFMx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | JEANETTE BROUSSARD, et al. v. CITY OF PASADENA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lemuel Makupson | Frank L. Rhemrev |

**Proceedings:**    PLAINTIFF BROUSSARD'S MOTION FOR PRELIMINARY INJUNCTION TO PREVENT CITY FROM CLOSING A HOME FOR DISABLED [4] (non-evidentiary)

Court circulates tentative order and hears oral argument.  For reasons stated on the record, the Court denies plaintiff's motion for preliminary injunction.  Order to issue.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | | SMO |