O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7079 AHM (FFMx) | Date | March 4, 2011 |
|---|---|---|---|
| Title | JEANETTE BROUSSARD v. CITY OF PASADENA | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    The Court *sua sponte* vacates and lifts the "Order Granting Request to Stay Case During Pendency of State Criminal Proceedings" that was entered on or about February 18, 2010. Dkt. 21. Defendants shall answer, move, or otherwise respond to the Complaint by not later than March 25, 2011.

:

Initials of Preparer          SMO