JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - LOS ANGELES

| | |
|---|---|
| JEANETTE BROUSSARD and JOHN ROACH,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PASADENA, and CONSTANCE OROZCO-MORGAN, also known as CONSTANCE E. OROZCO,<br><br>Defendants. | Case No. CV-09-7079 AHM (FFMx)<br><br>~~(PROPOSED)~~ ORDER DISMISSING CASE PURSUANT TO STIPULATION OF THE PARTIES<br><br>JUDGE:      Hon. A. Howard Matz |

Pursuant to the stipulation of the parties, and good cause appearing therefor, the instant case is hereby dismissed, without prejudice, as to all parties. Each side to bear their own costs.

Dated: March 23, 2011

*/s/ A. Howard Matz*
Honorable A. Howard Matz
United States District Judge

0000073965C031

order